UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ranjeeta Nayar, | |
|                   Plaintiff, | Civil Action No.: 3:12-cv-30008-MAP |
| v. | |
| Mitchell N. Kay, P.C.; and DOES 1-10, inclusive, | |
|                   Defendants. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Ranjeeta Nayar ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 27, 2012

                                                Respectfully submitted,

                                                By: /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                BBO No.: 650671
                                                Lemberg & Associates L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424
                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg
                                                        Sergei Lemberg